UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KADAR LEE,<br><br>  Plaintiff(s),<br><br>-against-<br><br>UNITED REVENUE COLLECTION SERVICE; DANIEL CARANGI; MICHELLE CARANGI,<br>  Defendants. | Civil Case No.: 1:22-cv-01033<br><br>NOTICE OF SETTLEMENT |

Please be advised that the above-captioned matter has been settled and a Notice of Voluntary Dismissal will be filed shortly.

Dated: March 30, 2022

*/s/ Joseph K. Jones*
Joseph K. Jones, Esq. (JJ5509)
JONES, WOLF& KAPASI, LLC
375 Passaic Avenue
Fairfield, New Jersey 07004
Phone: (973) 227-5900
Fax: (973) 244-0019
*Attorneys for Plaintiff*