# UNITED STATES DISTRICT COURT
## for the District of New Jersey [LIVE]
### Camden, NJ

KADAR LEE

                              Plaintiff,

v.                                               Case No.:
                                                  1:22−cv−01033−CPO−AMD
                                                  Judge Christine P. O'Hearn

UNITED REVENUE COLLECTION
SERVICE, et al.

                              Defendant.

## ORDER OF DISMISSAL

    This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty−day time period having passed without the Court having received the necessary papers;

    **IT IS** on this 7th day of June, 2022,

    **ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

    **ORDERED** that this matter be, and the same hereby is, DISMISSED WITH PREJUDICE, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).


                              /s/ Christine P. O'Hearn
                              _____
                              CHRISTINE P. O'HEARN United States District Judge